Dismissed and Memorandum Opinion filed July 13, 2006








Dismissed
and Memorandum Opinion filed July 13, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00264-CV

____________

 

MELVIN HOUSTON, Appellant

 

V.

 

EDUCATIONAL RESOURCES INSTITUTE,
INC., Appellee

 



 

On Appeal from County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 803370

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 30, 2005.

On June
27, 2006, the parties filed a motion to dismiss the appeal in order to
effectuate a compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
13, 2006.

Panel consists of Justices Hudson, Fowler, and Seymore.